UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LESHONDA CEPHAS,<br>Plaintiff | CIVIL DOCKET NO. 1:23-CV-01754 |
| VERSUS | DISTRICT JUDGE DRELL |
| NATCHITOCHES NURSING &<br>REHABILITATION CENTER,<br>L.L.C., ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Cephas's Motion to Amend Complaint (ECF No. 21) is GRANTED, and this case is REMANDED to the Louisiana 10th Judicial District Court in Natchitoches Parish.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 10th day of September 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT